[No. 9,734.  In Bank.—October 8, 1884.]

CHARLES H. BAILEY, PETITIONER, *v.* BOARD OF
SUPERVISORS OF SAN JOAQUIN COUNTY, RESPON-
DENT.

JUSTICES OF THE PEACE—TERM OF OFFICE.—CONSTITUTIONAL CONSTRUCTION.
—The Act of 1880, fixing the terms of office of justices of the peace at
two years, is constitutional.

APPLICATION for mandamus to compel the board of super-
visors to call an election for justice of the peace.  The facts

The facts are stated in the opinion of the court.

*J. A. Hosmer,* and *S. L. Terry,* for Petitioner.

*McAllister & Bergin,* and *J. C. Campbell,* for Respondent.

*J. C. Burt, amicus curiæ.*

The COURT.—We are of opinion that the Act of 1880 (Stat.
1880, p. 35, amending Code Civil Proc., § 110), fixing the
terms of office of justices of the peace at two years from the first
day of January next succeeding their election, is constitutional,
and that these officers are to be elected this year.

Let the writ issue as prayed for.